1 | Your name: Anthony Dwayne Sheppard
2 | Address: _____
3 | _____
4 | Phone Number: 341-800-2804
5 | Fax Number: _____
6 | E-mail Address: anthonydsheppard9477@gmail.com
7 | Pro Se [Select one: Plaintiff or Defendant]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

[Select one location: San Francisco / Oakland / San Jose / Eureka]

FILED
APR 22 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Anthony Dwayne Sheppard
              Plaintiff(s),
       vs.
Hayward Police Dept.
              Defendant(s).

Case Number: 25-CV-00050-RFL

Title of Document:
Civil Matter
2nd Admendment

TITLE OF DOCUMENT: Excessive Force    CASE NO.: 25-CV-00050-RFL

PAGE NO. 1 OF ___    [JDC TEMPLATE]

To Whom It may Concern

1. I Anthony Dwayne Sheppard was Was Arrested by Hayward
2. Police when they approached me I was complying and
3. did comply with they demands/Commands I tossed my
4. gun on the ground which I was unarmed They told
5. me to get on the ground and I Replied (I CANT
6. Get on the Ground as fast as ya'll want me to with
7. that I was Grabbed A Near By Rail To get down and
8. I told them I had 2 Hip surgeries Recently as I
9. was getting on the ground 3-5 Police officers Rushed
10. me and one of the officers Nneed me in TAE Ribs
11. and my Ribs 2 Ribs was broken I knew that because
12. I went to Jail May 19-25 and was in alot of
13. pain do to the exsessive force By The police I don't
14. have an attorney and cant afford one can some please
15. help I was accountable for Having a firearm and
16. spent time in Jail But the police need to be accountable
17. for using Exsessive force... And I don't have money
18. to get Police Report which the Court's are Requiring

TITLE OF DOCUMENT:_____ CASE NO.:_____

PAGE NO.___ OF ___   [JDC TEMPLATE]

| # | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | Date: 4-22-25    Sign Name: *[signature]* |
| 19 | Print Name: Anthony D. Sheppard |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

TITLE OF DOCUMENT: _____   CASE NO.: _____

PAGE NO. ____ OF ____   [JDC TEMPLATE]