UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DWAYNE SHEPPARD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HAYWARD POLICE DEPT,<br><br>　　　　　Defendant. | Case No. 25-cv-00050-RFL<br><br>**ORDER OF DISMISSAL** |

On May 29, 2025, the Court dismissed the second amended complaint in this case with leave to file a third amended complaint by July 11, 2025. Plaintiff has not filed a third amended complaint by the deadline. Accordingly, this federal civil rights action is DISMISSED without prejudice for failure to prosecute, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, Plaintiff may move to reopen the case. Any such motion must (i) have the words MOTION TO REOPEN written on the first page; and (ii) be accompanied by a third amended complaint on this Court's form.

The Clerk shall enter judgment in favor of Defendant and close the case.

　　**IT IS SO ORDERED.**

Dated: July 29, 2025

　　　　　　　　　　　　　　　　　　　　　　　　RITA F. LIN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1